TARTAK BROTHERS, INC., demandante y recurrida, *v.* MIRANDA HNOS. & CO., S. EN C., demandada y recurrente.

Número 11668.

*Sometido:* 14 de octubre de 1958. *Resuelto:* 22 de octubre de 1958.

*L. E. Dubón, R. García Cintrón y Benjamín Ortiz,* abogados de la recurrente; *Héctor González Blanes,* abogado de la recurrida.

SENTENCIA

San Juan, Puerto Rico, a 22 de octubre de 1958.

Examinados los autos, analizada cuidadosamente la prueba que tuvo ante sí el tribunal sentenciador y estudiadas las cuestiones que plantean las partes en sus alegatos, este Tribunal concluye que los nueve errores señalados por la parte demandada-recurrente están totalmente desprovistos de méritos. A nuestro juicio, la parte demandada ha incurrido en manifiesta temeridad al instar este recurso que es claramente frívolo y ha sido interpuesto con el propósito de dilatar los procedimientos, por lo cual procede imponerle la cantidad de $1,000 en concepto de honorarios de abogado en revisión que deberá pagar a la parte demandante-recurrida, en adición a las costas. 32 L.P.R.A. sec. 1461; Regla 52.2 de las de Procedimiento Civil para el Tribunal General de Justicia; *Freytes* v. *Municipio,* 80 D.P.R. 521 (1958).

Se confirma la sentencia recurrida dictada en este caso por el Tribunal Superior, Sala de San Juan, con fecha 3 de diciembre de 1954, condenándose además a la parte demandada a pagar $1,000 en concepto de honorarios de abogado en revisión a la parte demandante-recurrida, en adición a las costas.

Lo acordó el Tribunal y firma el Sr. Juez Presidente, quien no intervino.